UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Comulus Latezes Bridges**  Docket No. 5:18-CR-408-1D

### Petition for Action on Supervised Release

COMES NOW Arthur B. Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Comulus Latezes Bridges, who, upon an earlier plea of guilty to Theft of Child Care and Adult Food Program Funds, 42 U.S.C. § 1760(g), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on January 7, 2020, to the custody of the Bureau of Prisons for a term of 15 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Comulus Latezes Bridges was released from custody on April 3, 2021, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Ms. Bridges reported to the probation office as instructed and this officer reviewed her conditions of release with her. She reports that she is not employed full-time and therefore cannot make payments of $300.00 per month towards her financial obligations. While in custody she paid $70.00. She has also expressed the need for mental health treatment. She received treatment while in the Bureau of Prisons and would like to continue. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

2. That the financial obligation monthly amount of $300.00 be reduced to $25.00 per month until employed, then the amount can be revisited.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Julie W. Rosa  /s/ Arthur B. Campbell
Julie W. Rosa  Arthur B. Campbell
Supervising U.S. Probation Officer  U.S. Probation Officer
 310 New Bern Avenue, Room 610
 Raleigh, NC 27601-1441
 Phone: 919-861-8677
 Executed On: May 6, 2021

Comulus Latezes Bridges
Docket No. 5:18-CR-408-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___7___ day of __May__, 2021, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge