THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-408-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| COMULUS LATEZES BRIDGES, ) | |
| ) | |
| Defendant. ) | |

Comulus Latezes Bridges ("Bridges" or "defendant") moved for reduction of sentence [D.E. 62]. On April 2, 2021, Bridges was released from the Bureau of Prisons. See Find an Inmate, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (search name field for "Comulus Latezes Bridges") (last visited February 9, 2022). In light of defendant's release, the motion to reduce sentence [D.E. 62] is DENIED AS MOOT.

SO ORDERED. This 9 day of February, 2022.

                                                                                                           JAMES C. DEVER III
                                                                                                            United States District Judge